# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-15953 | AIH | Judge: | Arthur I. Harris | Trustee Name: | RICHARD A. BAUMGART |
|---|---|---|---|---|---|---|
| Case Name: | Troy A. Newton | | | | Date Filed (f) or Converted (c): | 08/22/2013 (f) |
| | Bonita M. Newton | | | | 341(a) Meeting Date: | 09/30/2013 |
| For Period Ending: | 12/31/2013 | | | | Claims Bar Date: | 01/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 837 W. 23Rd St. Lorain, Ohio 44052 Debtors' Residence Purcha | 47,930.00 | 0.00 | | 0.00 | FA |
| 2. 346 16Th St. Elyria, Ohio 44035 Debtors' Former Residence Si | 20,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand, Debtors' Possession | 40.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account, Dollar Bank | 276.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account, Dollar Bank | 240.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account, Dollar Bank | 100.00 | 0.00 | | 0.00 | FA |
| 7. Savings Account, Dollar Bank | 500.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods And Furnishings, Debtors' Possession | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel, Debtors' Possession | 500.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry, Debtors' Possession | 150.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Through Current Employer. No Cash Value. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance Through Current Employer. No Cash Value. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 401(K) Through Current Employer. | 17,157.00 | 0.00 | | 0.00 | FA |
| 14. 401(K) Through Previous Employer. | 14,433.38 | 0.00 | | 0.00 | FA |
| 15. 401(K) Through Current Employer | 134.00 | 0.00 | | 0.00 | FA |
| 16. Anticipated 2013 Federal And State Income Tax Refunds, If An | Unknown | 0.00 | | 0.00 | FA |
| 17. 2008 Hyundai Sonata With 66,000 Miles. Debtor's Possession. | 9,000.00 | 1.00 | | 0.00 | 1.00 |
| 18. 2003 Pontiac Grand Am With 80,000 Miles. Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $113,960.38 | $1.00 | | $0.00 | $1.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/2013 - Sale Notice will be filed January 2014
12/9/13 - filed application to employ auctioneer to sell vehicle.
10/9/2013 - Sell 2008 Hyundai Sonata and review claims


Initial Projected Date of Final Report (TFR): 10/31/2014        Current Projected Date of Final Report (TFR): 10/31/2014

Trustee Signature:      /s/ RICHARD A. BAUMGART           Date: 01/23/2014

                  RICHARD A. BAUMGART
                  1801 East 9th Street - Suite 1100
                  Cleveland, OH  44114-3169
                  (216) 696-6000
                  rbaumgart@dsb-law.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-15953  
Case Name: Troy A. Newton  
Bonita M. Newton  

Trustee Name: RICHARD A. BAUMGART  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 12/31/2013  

Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ RICHARD A. BAUMGART     Date: 01/23/2014

RICHARD A. BAUMGART
1801 East 9th Street - Suite 1100
Cleveland, OH  44114-3169
(216) 696-6000
rbaumgart@dsb-law.com

Page Subtotals:                           $0.00            $0.00